# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 1821 | **DATE** | 3/31/2003 |
| **CASE TITLE** | Williams vs. Cicero Police Department | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] **ENTER MEMORANDUM OPINION AND ORDER.** Renewed motion for appointment of counsel is denied. Status hearing set for 4/21/03 at 8:45am.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 4 | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | APR 01 2003 | 9 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | 3/31/2003 date mailed notice | |
| JD | courtroom deputy's initials | 03 MAR 31 PM 4:42 Date/time received in central Clerk's Office | JD mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CLYDE WILLIAMS,)
)
Plaintiff,)
)
v.) No. 03 C 1821
)
CICERO POLICE DEPARTMENT,)
)
Defendant.)

**DOCKETED**

APR 0 1 2003

## MEMORANDUM ORDER

This Court's March 19, 2003 memorandum order ("Order") granted leave to Clyde Williams ("Williams") to proceed in forma pauperis, while it denied Williams' Motion for Appointment of Counsel ("Motion") because Williams had not answered the portion of that Clerk-supplied form that required a statement of his efforts to obtain a lawyer on his own. Even though the Order specifically identified that need and was accompanied by some new forms of motion so that Williams could fill them out properly, he has come back again with another signed form that has done nothing to cure the problem. Accordingly Williams' renewed motion is denied. This matter is set for an initial status hearing at 8:45 a.m. April 21, 2003.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 31, 2003